UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MOISES MENDEZ,                                              :
                                                            :
                    Plaintiff,                              :
                                                            :     No. 08-CV-4967 (CM)(KNF)
         v.                                                 :
                                                            :
STARWOOD HOTELS & RESORTS                                   :     **Affidavit of Service**
WORLDWIDE, INC.                                             :
                                                            :
                    Defendant.                              :
-----------------------------------------------------------------X

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

Ryan G. Rudich, being duly sworn deposes and says:

1. I am not a party to the action.

2. I am over 18 years of age.

3. On May 30, 2008, I served a true copy of the complaint in the above captioned matter on David E. Cassidy, Esq., Norris McLaughlin & Marcus, PA, 875 Third Avenue, 18th Floor., New York, NY 10022, attorney for Defendant, via Federal Express.

Sworn to before me this
30th day of May 2008

_____                                _____
Notary Public                                            Ryan G. Rudich

JAMES IRVIN JR.
Notary Public, State of New York
No. 01IR6140071
Qualified in New York County
Commission Expires Jan. 17, 2010