*MEMAHON, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MOISES MENDEZ,                                :
                                              :        Civil Case No.:
                                   Plaintiff, :        08-CIV-4967 (CM) (KNF)
                                              :
                v.                            :
                                              :        **STIPULATION EXTENDING**
STARWOOD HOTELS AND RESORTS                   :        **TIME TO ANSWER OR**
WORLDWIDE, INC.,                              :        **OTHERWISE MOVE**
                                              :
                                   Defendant. :
                                              :
--------------------------------------------------------------x

It is hereby stipulated by and between plaintiff, Moises Mendez, and defendant, Starwood

Hotels and Resorts Worldwide, Inc. ("Starwood"), acting by their respective counsel, that the

prescribed period of time within which Starwood may answer or otherwise move with respect to

the Complaint is hereby extended from June 23, 2008 to June 27, 2008.


**THOMPSON WIGDOR & GILLY LLP**          **NORRIS, McLAUGHLIN & MARCUS, PA**



_____        _____
Kenneth P. Thompson, Esq. (KT-6026)      David E. Cassidy, Esq. (DC-4532)
Attorney for Plaintiff, Moises Mendez    Attorneys for Defendant,
Empire State Building                    Starwood Hotel and Resorts Worldwide, Inc.
350 Fifth Avenue, Suite 5720             875 Third Avenue, 18th Floor
New York, New York 10118                 New York, New York 10022
(212) 239-9292                           (212) 808-0700
Dated: June ___, 2008                    Dated: June 1, 2008


┌─────────────────────────────┐
│ USDS SDNY                    │
│ DOCUMENT                     │
│ ELECTRONICALLY FILED         │
│ DOC #: _____              │
│ DATE FILED: __6│16│08__      │
└─────────────────────────────┘

U.S.D.J.