UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MOISES MENDEZ,

                Plaintiff,

                Case No.08 CV 4967(CM)

v.

STARWOOD HOTELS & RESORTS WORLDWIDE, INC.

                **NOTICE OF APPEARANCE**

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      PLEASE TAKE NOTICE that Michael Starr from the law firm Hogan & Hartson LLP appears as counsel on behalf of defendant Starwood Hotels & Resorts Worldwide, Inc. in the above-captioned matter, and hereby requests that a copy of all pleadings, notices, orders and other filings are to be served upon the undersigned.

      I am a member of this Court, a registered electronic case filing user, and respectfully request that all documents submitted as electronic case filings in the above-captioned matter be sent to me at mstarr@hhlaw.com

Dated: June 25, 2008          s/_____
                                      Michael Starr
                                      HOGAN & HARTSON LLP
                                      875 Third Avenue
                                      New York, New York   10022
                                      Phone: 212 918-3000
                                      Fax: 212 918-3100
                                      mstarr@hhlaw.com