UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MOISES MENDEZ,

                Plaintiff,

                                                                  Case No.08 CV 4967(CM)

v.

                                                                 **NOTICE OF**

STARWOOD HOTELS & RESORTS WORLDWIDE,    **APPEARANCE**
INC.

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      PLEASE TAKE NOTICE that Christine M. Wilson  from the law firm Hogan & Hartson LLP appears as counsel on behalf of defendant Starwood Hotels & Resorts Worldwide, Inc. in the above-captioned matter, and hereby requests that a copy of all pleadings, notices, orders and other filings are to be served upon the undersigned.

      I am a member of this Court, a registered electronic case filing user, and respectfully request that all documents submitted as electronic case filings in the above-captioned matter be sent to me at cmwilson@hhlaw.com.

Dated: June 25, 2008                      s/_____
                                                Christine M. Wilson
                                                HOGAN & HARTSON LLP
                                                875 Third Avenue
                                                New York, New York   10022
                                                Phone: 212 918-3000
                                                Fax: 212 918-3100
                                                cmwilson@hhlaw.com