UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
MOISES MENDEZ,                                   :
                                                 :
                          Plaintiff,             :    08-CIV-4967 (CM) (KNF)
                                                 :
            v.                                   :    **ECF CASE**
                                                 :
STARWOOD HOTELS AND RESORTS                      :
WORLDWIDE, INC.,                                 :    **NOTICE OF MOTION**
                                                 :
                          Defendant.             :
                                                 :
--------------------------------------------------------------- x

PLEASE TAKE NOTICE THAT, upon the Declaration of Michael Starr, Esq., and the exhibit attached thereto; and all prior pleadings and papers filed in this action, Defendant, Starwood Hotels and Resorts Worldwide, Inc. will move this Court at United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, 10007, on such date and time as the Court sets, to dismiss the above-referenced action pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure and to compel arbitration asserted therein pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1 et seq.

Dated: New York, New York            HOGAN & HARTSON LLP
       June 27, 2008

                                     By:_____/s/_____
                                        Michael Starr (MS 6851)
                                        Christine M. Wilson (CW 3440)
                                        875 Third Avenue
                                        New York, New York 10022
                                        Tel: (212) 918-3000
                                        Fax: (212) 918-3100
                                        *Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
MOISES MENDEZ,                                                :
                                                              :
              Plaintiff,                            :  08-CIV-4967 (CM) (KNF)
                                                              :
              v.                                    :
                                                              :
STARWOOD HOTELS AND RESORTS                                   :
WORLDWIDE, INC.,                                              :
                                                              :
              Defendant.                            :
                                                              :
------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

      I, Christine M. Wilson, certify under penalty of perjury that I caused a true and correct copy of the foregoing Motion to Dismiss and accompanying papers to be served on the 27th day of June 2008 by first class U.S. mail and by electronic means to the following counsel of record:

Kenneth P. Thompson, Esq.
Ariel Yigal Graff, Esq.
Thompson Wigdor and Gilly LLP
350 Fifth Avenue
Suite 5720
New York, New York 10118

                                                   /s/
                                    Christine M. Wilson

                                  HOGAN & HARTSON LLP
                                  875 Third Avenue
                                  New York, New York 10022
                                  Tel: (212) 918-3000
                                  Fax: (212) 918-3100

                                  *Attorneys for Defendant Starwood Hotels &*
                                  *Resorts Worldwide, Inc.*