UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------- x
MOISES MENDEZ,                                          :
                                                        :
                               Plaintiff,               :  08-CIV-4967 (CM) (KNF)
                                                        :
                    v.                                  :  ECF CASE
                                                        :
STARWOOD HOTELS AND RESORTS                             :
WORLDWIDE, INC.,                                        :  RULE 7.1 STATEMENT
                                                        :
                               Defendant.               :
                                                        :
------------------------------------------------------- x
```

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, Defendant Starwood Hotels and Resorts Worldwide, Inc. ("*Starwood*"), by its undersigned attorneys, certifies that it is a publicly-held company and that there are no corporate parents of Starwood and no publicly-held corporation owns an interest in Starwood.

Dated: New York, New York
       June 27, 2008

                                        HOGAN & HARTSON LLP


                                        By:_____/s/_____
                                           Michael Starr (MS 6851)
                                           Christine M. Wilson (CW 3440)
                                           875 Third Avenue
                                           New York, New York 10022
                                           (212) 918-3000

                                        *Attorneys for Defendant*