*McMahon, J*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x
MOISES MENDEZ,

                          Plaintiff,

                  v.

STARWOOD HOTELS AND RESORTS
WORLDWIDE, INC.,

                          Defendant.

-------------------------------------------------------------- x

08-CIV-4967 (CM) (KNF)

**STIPULATION EXTENDING
TIME TO ANSWER OR
OTHERWISE MOVE**

        It is hereby stipulated by and between plaintiff, Moises Mendez, and defendant, Starwood Hotels & Resorts Worldwide, Inc. ("*Starwood*"), acting by their respective counsel, that the prescribed period of time within which Starwood may answer or otherwise move with respect to the Complaint is hereby extended from June 27, 2008 to July 3, 2008.

Dated: New York, New York
            June 25, 2008

| THOMPSON WIGDOR & GILLY LLP | HOGAN & HARTSON LLP |
|---|---|
| *[signature]* | *[signature]* |
| Kenneth P. Thompson (KT 6026) | Michael Starr (MS 6851) |
| Ariel Y. Graff (AG 8039) | Christine M. Wilson (CW 3440) |
| 350 Fifth Avenue, Suite 5720 | 875 Third Avenue |
| New York, NY 10118 | New York, NY 10022 |
| Tel: (212) 239-9292 | Tel: (212) 918-3000 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

*[signature]*
7-3-08