## CERTIFICATE OF SERVICE

I, Ryan Rudich, a paralegal at Thompson Wigdor & Gilly LLP, hereby certify that on the 11th day of July 2008, I caused to be served a copy of Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss, the Declaration of Kenneth P. Thompson in Opposition to Defendant's Motion to Dismiss, and the Affidavit of Moises Mendez in Opposition to Defendant's Motion to Dismiss by ECF upon counsel for Defendant:

    Michael Starr
    Hogan & Hartson L.L.P.
    875 Third Avenue
    New York, New York 10022

                                                  _____
                                                    Ryan Rudich

Dated:  New York, New York
           July 11, 2008