UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
Moises Mendez

                    Plaintiff,

    -against-

Starwood Hotels & Resorts Worldwide, Inc.   Defendant.
-----------------------------------------------------------------x

08 CIVIL 4421 ( CM )

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _____

☒ *Attorney*

    ☒    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: KT-6026

    ☐    I am a Pro Hac Vice attorney

    ☐    I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐    *Address:* 85 Fifth Avenue   New York, NY 10003

☐    *Telephone Number:* (212) 257-6800

☐    *Fax Number:* (212) 257-6845

☐    *E-Mail Address:* kthompson@twglaw.com

Dated: 7/23/08