UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
Moises Mendez

       Plaintiff,

   -against-

Starwood Hotels & Resorts Worldwide, Inc.
       Defendant.
-------------------------------------------------------------x

08 CIVIL 4967 ( CM )

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Ariel Y. Graff__

☐ *Attorney*

  ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: AG-8039

  ☐ I am a Pro Hac Vice attorney

  ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

  From: _____

  To: _____

  ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

  ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐ *Address:* 85 Fifth Avenue New York, NY 10003

☐ *Telephone Number:* (212) 257-6800

☐ *Fax Number:* (212) 257-6845

☐ *E-Mail Address:* agraff@twglaw.com

Dated: 7/30/08      _[signature]_