UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
MOISES MENDEZ,                                      :
                                                    :
                    Plaintiff,         :        08-CIV-4967 (CM) (KNF)
                                                    :
                v.                 :        <u>ECF CASE</u>
                                                    :
STARWOOD HOTELS AND RESORTS                         :
WORLDWIDE, INC.,                                    :        <u>NOTICE OF MOTION</u>
                                                    :
                Defendant.        :
                                                    :
------------------------------------------------------------x

      PLEASE TAKE NOTICE THAT, upon the prior pleadings and papers filed in this action, Defendant, Starwood Hotels and Resorts Worldwide, Inc. will move this Court at United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, 10007, on such date and time as the Court sets, to reconsider its Decision and Order entered July 29, 2008, dismiss the above-referenced action pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, and compel arbitration asserted therein pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1 et seq.

Dated: New York, New York          HOGAN & HARTSON LLP
       August 8, 2008

                                          By:_____/s/_____
                                         Michael Starr (MS 6851)
                                         Christine M. Wilson (CW 3440)
                                         875 Third Avenue
                                         New York, New York 10022
                                         Tel: (212) 918-3000
                                         Fax: (212) 918-3100
                                         *Attorneys for Defendant*