UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------x
MOISES MENDEZ,                                   :
                                                 :
                            Plaintiff,           :
                                                 :
            v.                                   :
                                                 :
STARWOOD HOTELS AND RESORTS                      :
WORLDWIDE, INC.,                                 :
                                                 :
                            Defendant.           :
                                                 :
-------------------------------------------------x
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08

08-CIV-4967 (CM) (KNF)

**ECF CASE**

**NOTICE OF MOTION**

**MEMO ENDORSED**

PLEASE TAKE NOTICE THAT, upon the prior pleadings and papers filed in this action, Defendant, Starwood Hotels and Resorts Worldwide, Inc. will move this Court at United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, 10007, on such date and time as the Court sets, to reconsider its Decision and Order entered July 29, 2008, dismiss the above-referenced action pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, and compel arbitration asserted therein pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1 et seq.

Dated: New York, New York
       August 8, 2008

HOGAN & HARTSON LLP

By: _____/s/_____
Michael Starr (MS 6851)
Christine M. Wilson (CW 3440)
875 Third Avenue
New York, New York 10022
Tel: (212) 918-3000
Fax: (212) 918-3100
*Attorneys for Defendant*

9/2/08
Denied
[signature]