UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

Moises Mendez,                                        08 Civ. 4967 (CM) (KNF)

                Plaintiff(s),                      **TRIAL NOTICE**

   -against-

Starwood Hotels & Resorts Worldwide, Inc.,

                Defendant(s).
-------------------------------------------------X

       Please take notice that the above captioned matter has been scheduled for a Final Pretrial Conference **before the Honorable Colleen McMahon, United States District Judge, on Friday, February 27, 2009 at 2:00 p.m., in courtroom 21B, at the U. S. District Courthouse, 500 Pearl Street, New York, New York 10007. Trial has been scheduled for Monday, March 9, 2009 at 9:30 a.m..** Parties are directed to file all trial documents required by Judge McMahon's Individual Practices. Originals must be filed in the Clerk's Office and two courtesy copies are to be provided to the chambers.

       Any scheduling difficulties must be brought to the attention of the Court in writing.

Dated: September 23, 2008
       New York, New York

                                                          So Ordered

                                                          Colleen McMahon, U.S.D.J

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/08