

**TWG**

# Thompson Wigdor & Gilly LLP ATTORNEYS AND COUNSELORS AT LAW

# MEMO ENDORSED

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.8845
www.twglaw.com

**Kenneth P. Thompson**
kthompson@twglaw.com

October 20, 2008

**BY FACSIMILE**

Hon. Colleen McMahon
United States District Court
United States Courthouse
500 Pearl Street
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/08

10/31/08

**Re:**    *Moises Mendez v. Starwood Hotels & Resorts Worldwide, Inc.*
**08-cv-4967 (CM) (KNF) (ECF Case)**

Dear Judge McMahon:

As you know, we represent Plaintiff Moises Mendez in the above-referenced action. We write to request a limited extension of the deadline for Plaintiff's deposition from October 17, 2008 to November 7, 2008 due to a medical emergency that resulted in Plaintiff's brief hospitalization and prevented Plaintiff from appearing for his deposition as scheduled on October 16, 2008. There has been no prior request for an adjournment or extension of the deadlines set forth in the Case Management Plan, and this request to extend the deadline for Plaintiff's deposition from October 17, 2008 to November 7, 2008 would have no affect on any other scheduled deadlines in this case. We have also conferred with Defendant's counsel, who has advised us that Defendant consents to our submission of this request for an extension of the deadline for Plaintiff's deposition.

Respectfully Submitted,

Kenneth P. Thompson

cc:    Michael Starr, Esq. (*by* email)
       Christine M. Wilson, Esq. (*by* email)