UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MOISES MENDEZ,                                              :
              Plaintiff,
                                         :    08 Civ. 4967 (CM)(KNF)
   -against-
                                         :    ORDER

STARWOOD HOTELS & RESORTS
WORLDWIDE, INC.                                             :
             Defendant.
------------------------------------------------------------x

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The plaintiff moves, pursuant to Federal Rules of Civil Procedure 26(c) and 45, to quash the defendant's subpoena <u>duces tecum</u> and <u>ad testificandum</u> served on the Yale Club of New York City. Having considered the parties' respective written submissions in support of, and in opposition to, this motion,

    IT IS HEREBY ORDERED, that the plaintiff's motion is granted.

Dated: New York, New York
       December 1, 2008

                                         SO ORDERED:

                                         _____
                                         KEVIN NATHANIEL FOX
                                         United States Magistrate Judge