UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MOISES MENDEZ,

               Plaintiff,

    -against-

STARWOOD HOTELS & RESORTS
WORLDWIDE, INC.

              Defendant.
------------------------------------------------------------x

ORDER

08 Civ. 4967 (CM)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The defendant has requested an order from the Court directing the plaintiff to: (1) comply with the Court's January 15, 2009 order, and respond fully to certain contention interrogatories; (2) remit payment for copying costs; (3) remit payment for the costs incurred by the defendant's expert, Dr. Andrew Levin, in preparing for his deposition; and (4) return to the defendant, or destroy, the unredacted copies of Starvoice survey responses that were provided to the plaintiff. The plaintiff opposes the defendant's request. In an order dated January 6, 2009, the Second Circuit Court of Appeals granted the defendant's motion for a stay, pending appeal, "of the district court proceedings." Consequently,

      IT IS HEREBY ORDERED, that the defendant's request is denied.

Dated: New York, New York
       April 29, 2009

SO ORDERED:

_____
KEVIN NATHANIEL FOX
United States Magistrate Judge