```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

Moises Mendez,

        Plaintiff,                                  08 Civ. 4967 (CM) (KNF)

       -against-                             CALENDAR NOTICE

Starwood Hotels & Resorts,

        Defendant(s).
---------------------------------------------------------------x

    Please take notice that the above captioned action has been **scheduled** for a final pre-trial conference before the Honorable Colleen McMahon, United States District Judge, on **Friday, October 16, 2009 at 2:00 p.m.** in Courtroom 14C, U. S. District Court, 500 Pearl Street, New York, New York 10007.

    Counsel should be prepared to proceed to trial before Judge Colleen McMahon on **Monday, November 2, 2009 at 9:30 a.m.** in Courtroom 14C, U. S. District Court, 500 Pearl Street, New York, New York 10007.

    Please consult Judge McMahon's individual practice rules on the filing of the joint-pretrial order, *in limine* motions, proposed voir dire and jury instructions, and note that counsel trying the case **must** be present at the final pre-trial conference. Only lawyers who are present at the final pre-trial conference will be allowed to participate at trial. Additionally, counsel in trial-ready cases should have notified chambers of scheduling conflicts in advance. We have not

previously been told of any conflicts for the assigned trial date. No adjournments will be accepted for any reason, including unavailability of witnesses.

Dated: Aug. 25, 2009
      New York, New York

                                    So Ordered

                                    Colleen McMahon, U.S.D.J