UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

| | |
|---|---|
| Moises Mendez, | 08 Civ. 4967 (CM) (KNF) |
| Plaintiff(s), | **AMENDED TRIAL NOTICE** |
| -against- | |
| Starwood Hotels & Resorts Worldwide, Inc., | |
| Defendant(s). | |

-----------------------------------------------------X

Please take notice that the above captioned matter has been **scheduled** for a Final Pretrial Conference **before the Honorable Colleen McMahon, United States District Judge, on Friday, October 16, 2009 at 2:00 p.m., in courtroom 14C, at the U. S. District Courthouse, 500 Pearl Street, New York, New York 10007. Trial has been re-scheduled for Monday, November 30, 2009 at 9:30 a.m..** Parties are directed to file all trial documents required by Judge McMahon's Individual Practices as per the scheduling order issued. Originals must be filed in the Clerk's Office and courtesy copies are to be provided to the chambers.

Any scheduling difficulties must be brought to the attention of the Court in writing.

Dated: September 9, 2009
New York, New York

So Ordered

_____
Colleen McMahon, U.S.D.J

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/09