Michael Starr, Esq.
Loren L. Forrest, Jr., Esq.
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007
Tel.: (212) 513-3200
Fax: (212) 385-9010
Attorneys for Starwood Hotels and Resorts Worldwide, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Moises Mendez,

    Plaintiff,           08 Civ. 4967 (CM)(KNF)

 -against-              **NOTICE OF MOTION**
                      **IN LIMINE**
Starwood Hotels & Resorts Worldwide, Inc.,

    Defendant.
------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that upon the annexed affirmation of Michael Starr, sworn to on September 25, 2009, with attached exhibits, the affirmation of Andrew P. Levin, M.D., sworn to on September 24, 2009, with attached exhibits, and upon all the pleadings and proceedings had herein, the undersigned will move this Court, on behalf of the Defendant, Starwood Hotels & Resorts Worldwide, Inc., ("Starwood"), before the Honorable Colleen McMahon at the United States District Court, United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York 10007, on a date to be scheduled by the Court, for an Order granting its motion *in limine* precluding the admission into evidence any testimony, statements, and other items as identified in the accompanying memorandum of law, the affirmation of Michael Starr and the affirmation of Andrew P. Levin.

Dated: New York, New York
      September 25, 2009

                    HOLLAND & KNIGHT LLP
                    *Attorneys for Defendant STARWOOD HOTELS*
                    *AND RESORTS WORLDWIDE, INC.*

                    By: _____
                    Loren L. Forrest, Jr.
                    195 Broadway
                    New York, New York 10007
                    (212) 513-3200

## CERTIFICATE OF SERVICE

       This is to certify that the foregoing Notice of Motion, the accompanying memorandum of law, the affirmation of Michael Starr and the affirmation of Andrew P. Levin in support of Starwood's Motion in Limine was served upon the following parties via ECF filing:

To:

Kenneth P. Thompson
Thompson Wigdor & Gilly LLP
85 Fifth Avenue, 5th Floor
New York, NY 10003
kthompson@twglaw.com

Ariel Y. Graff, Esq.
Thompson Wigdor & Gilly LLP
85 Fifth Avenue
New York, NY 10003
agraff@TWGLaw.com

Andrew Goodstadt, Esq.
Thompson Wigdor & Gilly LLP
85 Fifth Avenue
New York, NY 10003
agoodstadt@TWGLaw.com

HOLLAND & KNIGHT LLP
*Attorneys for Defendant STARWOOD HOTELS AND RESORTS WORLDWIDE, INC.*

Date: New York, New York
September 25, 2009

By: _____
Loren L. Forrest, Jr.
195 Broadway
New York, New York 10007
(212) 513-3200

# 8860356_v1