Michael Starr, Esq.
Loren L. Forrest, Jr., Esq.
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007
Tel.: (212) 513-3200
Fax: (212) 385-9010
Attorneys for Starwood Hotels and Resorts Worldwide, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Moises Mendez,

    Plaintiff,           08 Civ. 4967 (CM)(KNF)

 -against-            **DEFENDANT'S PROPOSED**
                   **VOIR DIRE QUESTIONS**
Starwood Hotels & Resorts Worldwide, Inc.,

    Defendant.
------------------------------------------------------------X

## VOIR DIRE QUESTIONS

1. HAVE YOU EVER BEEN ON A JURY BEFORE?

    YES       NO

    WAS IT:   CIVIL?           CRIMINAL?

    IF YES, DID YOU REACH A VERDICT?   YES   NO

2. HAVE YOU OR HAS ANYONE CLOSE TO YOU EVER SUED OR BEEN SUED IN ANY TYPE OF LAWSUIT, EXPLAIN:

    SUED     BEEN SUED EXPLAIN:

3. HAVE YOU OR HAS ANYONE CLOSE TO YOU EVER SUED OR BEEN SUED IN AN EMPLOYMENT TYPE OF LAWSUIT, EXPLAIN:

4. ARE YOU OR IS ANYONE CLOSE TO YOU A MEMBER OF A UNION?

5. DO YOU BELIEVE THERE ARE UNIONS CAN PLACE TOO MANY RESTRICTIONS ON WHAT EMPLOYERS CAN AND CANNOT DO REGARDING THEIR EMPLOYEES?

    YES       NO  IF YES, EXPLAIN:

6. DO YOU WORK IN AN ENVIRONMENT WHERE THERE IS A UNIONIZED WORKFORCE?

7. DO YOU THINK IS DIFFICULT TO DISCIPLINE EMPLOYEES IN A UNIONIZED WORKFORCE?

8. DO YOU THINK IS DIFFICULT TO TERMINATE EMPLOYEES IN A UNIONIZED WORKFORCE

9. HAVE YOU, OR HAS ANYONE CLOSE TO YOU, EVER BEEN ACCUSED OF OR BEEN A VICTIM OF DISCRIMINATION IN A JOB SITUATION?

10. HAVE YOU EVER BEEN TERMINATED FROM EMPLOYMENT, IF SO, WHY?

11. HAVE YOU, OR HAS ANYONE CLOSE TO YOU, EVER BEEN ACCUSED OF OR BEEN A VICTIM OF DISCRIMINATION IN A JOB SITUATION?

    YES, I HAVE    YES, SOMEONE CLOSE HAS

    NO IF YES, EXPLAIN:

12. HAVE YOU OR SOMEONE CLOSE TO YOU EVER BEEN ACCUSED OF OR BEEN A VICTIM OF INAPPROPRIATE OR UNFAIR TREATMENT IN A JOB SITUATION?

    YES    NO IF YES, EXPLAIN:

13. DO YOU THINK THAT HARASSMENT AND DISCRIMINATION IN THE WORKPLACE IS COMMON?

14. HAVE YOU, OR HAS ANYONE CLOSE TO YOU, EVER BEEN DEMOTED, TERMINATED, OR LAID OFF FROM A JOB?

    YES, DEMOTED    YES, TERMINATED

    YES, LAID-OFF    NO IF YES, EXPLAIN:

15. HAVE YOU EVER BEEN INVOLVED IN DISCIPLINING OR TERMINATING SOMEONE OR IMPLEMENTING A LAY OFF?

    YES    NO IF YES, EXPLAIN:

16. HAVE YOU OR ANYONE CLOSE TO YOU EVER MISSED A SIGNIFICANT AMOUNT OF TIME FROM WORK FOR MEDICAL REASONS (EXCLUDING PREGNANCY)?

    YES    NO IF YES, EXPLAIN:

17. HAVE YOU EVER FELT AS THOUGH YOUR WORKLOAD OR POSITION WAS AFFECTED BY A CO-WORKER BEING ON MEDICAL OR DISABILITY LEAVE OR RESTRICTIONS?

    YES    NO IF YES, EXPLAIN:

18. GENERALLY, DO YOU THINK EMPLOYERS ALLOW THEIR EMPLOYEES REASONABLE TIME OFF FOR MEDICAL ISSUES?

    YES    NO IF YES, EXPLAIN:

19. DO YOU OR PEOPLE YOU WORK WITH MAKES JOKES AT WORK?

    YES        YES OR NO, EXPLAIN:

20. HAVE YOU EVER WORKED WITH A DIFFICULT CO-WORKER?

21. HAVE YOU EVER WORKED FOR A DIFFICULT SUPERVISOR OR MANAGER?

22. DO YOU BELIEVE THAT IT IS NECESSARY TO SPEAK ONE LANGUAGE IN THE WORKPLACE?

23. HAVE YOU EVER WORKED IN A KITCHEN OR A RESTAURANT?

24. HAVE YOU EVER STAYED AT THE WESTIN HOTEL IN NYC AT 43 STREET?

25. HAVE YOU EVER STAYED AT ANY WESTIN HOTEL IN NYC?

26. HAVE YOU EVER HAD A DISPUTE WITH STARWOOD OR ANY OF ITS BRANDS, WHICH INCLUDE THE SHERATON, THE WESTIN, ON HOTELS, ST. REGIS AND FOUR POINTS?

27. THIS CASE INVOLVES A DISPUTE BETWEEN AN EMPLOYER AND AN EMPLOYEE WITH A DISABILITY. IS THERE ANY REASON WHY YOU MIGHT NOT BE ABLE TO BE AN IMPARTIAL JUROR IN A CASE WITH THESE ISSUES?

    YES        NO

Dated: New York, New York
       September 25, 2009

HOLLAND & KNIGHT LLP
*Attorneys for Defendant STARWOOD HOTELS AND RESORTS WORLDWIDE, INC.*

By: /s/ Michael Starr
Michael Starr
195 Broadway
New York, New York 10007
(212) 513-3200