**CERTIFICATE OF SERVICE**

I, Marshall S. Hendler, a paralegal at Thompson Wigdor & Gilly LLP, hereby certify that on the 25th day of September 2009, caused the service of true and correct copies of (1) Plaintiffs Motion *In Limine* to Preclude the Trial Testimony of Dr. Andrew P. Levin and evidence or testimony concerning MMPI-2; (2) Plaintiff's Memorandum in Support of Motion *In Limine* to Preclude the Trial Testimony of Dr. Andrew P. Levin and evidence or testimony concerning MMPI-2; (3) Declaration of Kenneth P. Thompson in Support of Motion *In Limine* to Preclude the Trial Testimony of Dr. Andrew P. Levin and evidence or testimony concerning MMPI-2; (4) Affidavit of Plaintiff Moises Mendez in Support of Motion *In Limine* to Preclude the Trial Testimony of Dr. Andrew P. Levin and evidence or testimony concerning MMPI-2; (5) Plaintiff's Motion *In Limine* to Preclude Defendant from introducing the expert report of Dr. Andrew P. Levin into evidence; (6) Memorandum in Support of Motion *In Limine* to Preclude Defendant from introducing the expert report of Dr. Andrew P. Levin into evidence; (7) Plaintiff's Proposed Voir Dire Questions; (8) Plaintiff's Proposed Jury Instructions; (9) Plaintiff's Proposed Jury Verdict Sheet; and (10) Joint Pretrial Order in, Mendez v. Starwood Hotels & Resorts Worldwide, Inc., 08 Civ. 4967 (CM), by ECF upon counsel for Defendant:

Michael Starr, Esq.
Holland & Knight
195 Broadway
New York, New York 10007

_____
Marshall S. Hendler

Dated: New York, New York
September 25, 2009