UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

IN THE MATTER OF AN APPLICATION  :  ORDER NO. 257
TO BRING AN ELECTRONIC DEVICE(S)  :
INTO THE DANIEL PATRICK MOYNIHAN  :
UNITED STATES COURTHOUSE  :
FOR USE IN A TRIAL OR PROCEEDING  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Hon. *Colleen McMahon*, Judge, in connection with an action titled *Mendey v Starwood   08cv4967* hereby authorizes the following attorney(s) to bring certain electronic equipment as described below into the Courthouse for use in the action. The proceeding is anticipated to begin on *Mon, 2/8/10* and conclude on *or about 2/26/10*

Attorney Name | Equipment Description
1. Loren L. Forrest Jr. | 3 cell phones, lap tops,
2. Michael Starr | 3 blackberries
3. RAY McLeod |

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse.

By bringing equipment into the Courthouse, the attorney(s) certifies that the electronic device(s) will not be used to send or receive wireless transmissions, create, record, or broadcast visual images or sounds or alternatively, that any such capability has been disabled. The attorney(s) also certifies that the device(s) will not be used by any other person.

Dated: 12/3/09
New York, New York

APPROVED

_____
DISTRICT EXECUTIVE

SO ORDERED:

_____
U.S.D.J.