# Holland & Knight

195 Broadway | New York, NY 10007 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com



Loren L. Forrest, Jr., Esq.
212-513-3307
loren.forrest@hklaw.com

**MEMO ENDORSED**



March 10, 2010

<u>VIA FACSIMILE</u>

Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Moises Mendez v. Starwood Hotels & Resorts Worldwide, Inc.*
No. 08-Civ.-4967

Dear Judge McMahon:

As counsel for Starwood Hotels & Resorts Worldwide, Inc., with no opposition from Plaintiff's counsel, Starwood respectively requests clarification regarding your comments today after the jury verdict regarding post trial motion practice.

It is our understanding that both Rule 50 (b) and Rule 59 (b) of the Federal Rules of Civil Procedure were revised so that, effective December 1, 2009, parties have at least 28 days to file a motion for a judgment as a matter of law or a motion for a new trial, respectively. It appears that your Honor may have inadvertently suggested that 10 days is the statutory minimum for a motion for a judgment as a matter of law or a new trial pursuant to Rule 50 (b) or Rule 59 (b).

Accordingly, Starwood seeks the Court's clarification on this timing issue so the parties are properly aware of the parties' respective rights.

Very truly yours,

*[signature]*

Loren L. Forrest, Jr.

*[Handwritten endorsement:]* I forgot about the new rule. Sorry — but all your papers are due in 28 days. 28 days

*[Initialed]* Colleen McM 3/10/10

cc (via email):  Jamie E. Balanoff, Esq.
                 Kenneth P. Thompson, Esq.
                 Ariel Y. Graff, Esq.
                 Michael Starr, Esq.