

MEMO ENDORSED

# Thompson Wigdor & Gilly LLP ATTORNEYS AND COUNSELORS AT LAW



Kenneth P. Thompson
kthompson@twglaw.com

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6045
www.twglaw.com

March 12, 2010

**BY FACSIMILE AND ECF**

Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*I will not be entering judgment until the post trial motions are decided*

*Colleen McM*
*3/12/10*

Re:   *Moises Mendez v. Starwood Hotels & Resorts Worldwide, Inc.*,
      **No. 08 Civ. 4967 (CM)(KNF)**

Dear Judge McMahon:

As Your Honor is aware, we represent Plaintiff in the above-referenced matter.

Given the jury verdict establishing Defendant's liability for engaging in unlawful retaliation against Plaintiff, we respectfully request that the Court's entry of judgment include the injunction and permanent restraining order requested in the Final Pretrial Order (*see* § XI(ii), at p. 52), and the Complaint (*see* Prayer for Relief ¶ (B), at p. 26). An order enjoining and permanently restraining Defendant from engaging in unlawful retaliation against Mr. Mendez is critically important to his ability to return to work free from the specter of additional acts of retaliation by Defendant. The Court has authority to award this equitable relief, which was requested in the Complaint and Final Pretrial Order, based upon the finding of the jury at trial of this case.

Accordingly, we respectfully request that the Court enter judgment on the verdict that includes the following injunctive relief:

> Defendant Starwood Hotels & Resorts Worldwide, Inc. is hereby enjoined and permanently restrained from engaging in acts of retaliation against Plaintiff Moises Mendez.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/10
```

**Thompson Wigdor & Gilly LLP** ATTORNEYS AND COUNSELORS AT LAW

Honorable Colleen McMahon
March 12, 2010
Page 2

We thank the Court for its consideration.

Respectfully submitted,

Kenneth P. Thompson

cc: Michael Starr, Esq.
Loren L. Forrest, Jr., Esq.