MEMORTON, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
MOISES MENDEZ, :
 :
                          Plaintiff, :   08 Civ. 4967 (CM)
 :
             v. :   **ORDER TO FILE EXHIBIT**
 :   **UNDER SEAL**
STARWOOD HOTELS & RESORTS :
WORLDWIDE, INC., :
 :
                     Defendant. :
-------------------------------------------------------------- x

WHEREAS, the Plaintiff in the above-captioned matter is filing his Motion for Attorneys' Fees, Costs, and Pre- and Post-Judgment Interest ("Plaintiff's Motion") and;

WHEREAS, Plaintiff's Motion contains confidential client information pertaining to client billing attached as Exhibit F to Plaintiff's Motion;

IT IS HEREBY ORDERED that:

Plaintiff may file Exhibit F to Plaintiff's Motion under seal by delivering a true copy thereof to Records Management, Room 270, at the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

Dated: April 22, 2010
New York, New York

_____
Hon. Colleen McMahon
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/10