# Holland & Knight

31 West 52nd Street | New York, NY 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

**MEMO ENDORSED**

Loren L. Forrest, Jr., Esq.
212-513-3370
Loren.forrest@hklaw.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/10

*[Handwritten note: 30 pages seems a bit excessive to me — if you get rid of the boilerplate you should be able to squeeze it all in — but OK]*

*5/10/10*

May 10, 2010

**VIA FACSIMILE**

Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Moises Mendez v. Starwood Hotels & Resorts Worldwide, Inc.*
       No. 08-Civ. 4967

Dear Judge McMahon:

Counsel for Starwood Hotels & Resorts Worldwide, Inc. ("Starwood") writes this letter to request the Court's leave to exceed the twenty-five page limit on memoranda of law in opposition to a post-trial motion. Starwood requests that it be allowed to file a thirty page memorandum of law in opposition to Plaintiff's Motion for attorneys' fees. Counsel for Mr. Mendez has not consented to Starwood's request for leave file a thirty page memorandum of law.

Starwood opposition to Plaintiff's motion for attorneys' fees is due this Friday, May 14, 2010. Previously, there was one request for an extension of time, due to the fact that Starwood expected the Court to rule on the other post-trial motions submitted before dealing with a motion for attorneys' fees. Starwood's previous request for an extension of time to respond to Plaintiff's motion for attorneys' fees was granted. Given the three week long trial, $2.1 million in attorneys' fees requested by Plaintiff, and the voluminous time and costs records submitted by Plaintiff's counsel, Starwood submits that a thirty page memorandum of law is appropriate under the circumstances and respectfully asks that the Court grant its application for leave.

Honorable Colleen McMahon
May 10, 2010, Page 2

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: _____
Loren L. Forrest, Jr.

cc (via email):   Jamie E. Balanoff, Esq.
                  Kenneth P. Thompson, Esq.
                  Ariel Y. Graff, Esq.
                  Michael Starr, Esq.

# 9387528_v1