# TWG    MEMO ENDORSED

## Thompson Wigdor & Gilly LLP ATTORNEYS AND COUNSELORS AT LAW

**Kenneth P. Thompson**
kthompson@twglaw.com

November 17, 2010



*Handwritten memo endorsement (partially legible):* "I regret that I the defendant cannot force the settlement to execute the proposed term — I need to see the term — if it is indeed unethical I might have some reporting obligation in the matter." 11/18/2010 [initialed CM]

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845

RECEIVED NOV 17 2010 CHAMBERS OF COLLEEN McMAHON

FILED: 11/18/10

**BY FACSIMILE**

Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Moises Mendez v. Starwood Hotels & Resorts Worldwide, Inc.*,
      **No. 08 Civ. 4967 (CM)**

Dear Judge McMahon:

As Your Honor is aware, we represent Plaintiff Moises Mendez ("Mr. Mendez") in the above-referenced matter against his current employer, Defendant Starwood Hotels & Resorts Worldwide, Inc. ("Starwood").

We write to respectfully inform the Court of the status of the parties' efforts to finalize the settlement of Mr. Mendez's claims. Unfortunately, however – although the parties have agreed on the written text of all material terms of the agreement – Starwood has insisted upon requiring the inclusion of a non-material term in the agreement which, contrary to all counsels' ethical obligations, seeks to improperly limit Plaintiff's counsel's ability to practice law in the future, outside the context of this case.[1] Accordingly, Starwood's refusal to strike this non-material and facially improper provision is precluding the consummation of the parties' settlement.

We therefore respectfully request that the Court order the parties to execute the settlement agreement without the non-material provision.

---

1    *See generally* N.Y. Rules of Prof. Conduct 5.6(a)(2); NYSBA, Comm. on Prof. Ethics, Op. No. 730 (July 27, 2000).

**Thompson Wigdor & Gilly LLP** ATTORNEYS AND COUNSELORS AT LAW

Honorable Colleen McMahon
November 17, 2010
Page 2

Thank you very much for Your Honor's consideration.

Respectfully submitted,

*[signature]*

Kenneth P. Thompson

cc:  Mr. Moises Mendez (*by hand and First Class Mail*)
     Michael Starr, Esq. (*by email*)
     Robert Powers, Esq. (*by email*)

11/17/2010 WED Case 1:08-cv-04967-CM-KNF Document 142  Filed 11/18/10  Page 2 of 2  ☒003/003

**Thompson Wigdor & Gilly LLP** ATTORNEYS AND COUNSELORS AT LAW