McMahon, J.

**Appendix A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
MOISES MENDEZ,

                            Plaintiff,                        08-CIV-4967 (CM) (KNF)

                            v.

                                                    **STIPULATION AND**
STARWOOD HOTELS AND RESORTS       **ORDER OF DISMISSAL**
WORLDWIDE, INC.,

                                Defendant.
-------------------------------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the below-identified parties, that, pursuant to the terms of Confidential Settlement Agreements of the parties, the above-captioned action and all claims asserted, or that could have been asserted herein be, and hereby are, dismissed without costs, fees or expenses to either party and with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
            November 19, 2010

THOMPSON WIGDOR & GILLY LLP        HOLLAND & KNIGHT LLP
85 Fifth Avenue                                           31 West 52nd Street
New York, NY 10003                         New York, NY 10019
Tel: 212-257-6800                             Tel: 212-513-3200
Attorneys for Plaintiff                          Attorneys for Defendant

By: _____          By: _____
     Kenneth P. Thompson                        Michael Starr

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/10

_____
U.S.D.J.
12-6-2010